1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| CHRIS LANGER, | Case No.:  21-CV-0394 W (AHG) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE [DOC. 17]** |
| v. | |
| CITY CHEVROLET OF SAN DIEGO, DBA MISSION BAY CHEVROLET, et al., | |
| Defendants. | |

        Parties have filed a joint motion to dismiss without prejudice.  [Doc. 17.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITHOUT PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

        **IT IS SO ORDERED.**

Dated:  June 14, 2021

_____
Hon. Thomas J. Whelan
United States District Judge

1