# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY CHEVROLET OF SAN DIEGO, DBA MISSION BAY CHEVROLET, et al.,<br><br>                  Defendants. | Case No.: 21-CV-0394 W (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 19.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 29, 2021

_____
Hon. Thomas J. Whelan
United States District Judge